

Revised 07/07 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Genisha A. Davis
_____

_____

Name(s) of Plaintiff or Plaintiffs

Jury Trial Demanded: Yes____ No____

Arc of Monroe County Inc.   -vs-
_____

_____

Name of Defendant or Defendants

DISCRIMINATION COMPLAINT
26 -CV- 6137  MAV

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

*Note:* *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).

> **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).

> **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

✓ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).

> **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

In addition to the federal claims indicated above, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

_____    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297  (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1.    My address is: 414 Lexington Ave #C200, Rochester NY 14613

      My telephone number is: 585-479-5707

2.    The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

      Name: Arc of Monroe County Inc.

      Number of employees: 800

      Address: 2060 Brighton Henrietta Town Line RD, Rochester NY 14623

3.    (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked.  (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

      Name: _____

      Address: _____
      _____
      _____

## CLAIMS

4.    I was first employed by the defendant on (date): 12/2/22

5.    As nearly as possible, the date when the first alleged discriminatory act occurred is: 12|16|24

_____

6.    As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): from  12/2/24 - 1/10/25 _____

_____

_____

7.    I believe that the defendant(s)

a. _____    Are still committing these acts against me.
b. ✓    Are not still committing these acts against me.
(Complete this next item **only** if you checked "b" above)  The last discriminatory act against me occurred on (date) 1|10|25  as  I  Constructively  Resigned _____

_____

8.    (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

The date when I filed a complaint with the New York State Division of Human Rights is

_____

_ (estimate the date, if necessary)

I filed that complaint in (identify the city and state): _____

_____

The Complaint Number was: _____

9.    The New York State Human Rights Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10.   The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: 1|22|25 _____

11.   The Equal Employment Opportunity Commission did _____ /did not ____✓____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12.   The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: 12|12|25 _____. (**NOTE:** If it

3

did issue a Right to Sue letter, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.    I am complaining in this action of the following types of actions by the defendants:

a. _____    Failure to provide me with reasonable accommodations to the application process

b. _____    Failure to employ me

c. ✓    Termination of my employment

d. _____    Failure to promote me

e. ✓    Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. ✓    Harassment on the basis of my sex

g. ✓    Harassment on the basis of unequal terms and conditions of my employment

h. ✓    Retaliation because I complained about discrimination or harassment directed toward me

i. _____    Retaliation because I complained about discrimination or harassment directed toward others

j. ✓    Other actions (please describe) Unequal terms and Conditions of my employment (pay), Physical threat of violence, Physical assault.

14.    Defendant's conduct is discriminatory with respect to which of the following (check all that apply):

a. _____ Race

b. _____ Color

c. ✓ Sex

d. _____ Religion

e. _____ National Origin

f. _____ Sexual Harassment

g. _____ Age
_____ Date of birth

h. ✓ Disability
Are you incorrectly perceived as being disabled by your employer?
____ yes ✓ no

15.    I believe that I was ✓/was not ____ intentionally discriminated against by the defendant(s).

4

16.    I believe that the defendant(s) is/are _____ is not/are not ✓ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: *I was forced to constructively resign on 1|10|25. I could no longer endure the hostile enviroment, the threats of violence, and refused to accommodate.*

17.    **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You must attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18.    The Equal Employment Opportunity Commission *(check one)*:
_____ **has not** issued a Right to sue letter
✓ **has** issued a Right to sue letter, which I received on 12|12|2025

19.    State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

*The Arc of Minroe, through its supervisors, failed to honor my medical restrictions. Supervisor Joe repeatedly ordered me to lift heavy trash that violated my doctors order. He verbally abused me calling my condition a 'BS' disability,' used the slur dyke and threatened to knock me out like a man. Supervisor Kathleen witnessed this hostility and participated in a deceptive 'search' for van keys she knew were not in the building. The company paid me $18.93/Hr while the starting rate for the department was $20.00/Hr. They denied NYS sick time, forcing me to exhaust my PTO for medical. Please refer to the department security cameras.*

**FOR LITIGANTS ALLEGING <u>AGE DISCRIMINATION</u>**

20.    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
_____ 60 days or more have elapsed    _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21.    I first disclosed my disability to my employer (or my employer first became aware of my disability on *11/18/2023*

5

22.    The date on which I first asked my employer for reasonable accommodation of my disability is **11/29/23**

23.    The reasonable accommodations for my disability (if any) that my employer provided to me are: The employer transferred me from Residential to transportation to accommodate my medical restrictions. However the accommodation was not effective bc my supervisor Joe orded me to lift heavy bags, and mocked my disability.

24.    The reasonable accommodation provided to me by my employer were _____/were not ✓ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: **2/2/26**

Plaintiff's Signature

6



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Buffalo Local Office**

Olympic Towers
300 Pearl Street, Suite 450
Buffalo, NY 14202
(716) 431-5007
FAX bufffaxmain@eeoc.gov

Genisha Davis
414 Lexington Avenue
Apt C200
Rochester, NY 14613

      Re:     EEOC Charge No.: 524-2025-00885
             Davis v. Arc of Monroe County Inc.

Dear Mr. Davis:

This office is in receipt of your request for a Notice of Right to Sue on the above-referenced charge.

We have reviewed the information provided in your charge. Based upon our assessment, in accordance with the Commission's Priority Charge Processing Procedures, current office workload and staffing, we have determined that it is appropriate to issue a Notice of Right to Sue at this time.

Enclosed is the notice of right to sue.

                         On behalf of the Commission,

                         Maureen C. Kielt  Digitally signed by Maureen C. Kielt
                                               Date: 2025.12.12 14:59:00 -05'00'

                         Maureen C. Kielt, Director
                         Buffalo Local Office

cc:    John Howley
       The Howley Law Firm P.C.
       1345 Avenue Of The Americas
       2nd Floor
       New York, NY 10105

EEOC No. 525-2025-00885 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 525-2025-00885 |
| New York State Division Of Human Rights | |

Name (indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.): Genisha Davis

Phone No.: 585-479-5707

Year of Birth: 1982

Mailing Address: 414 Lexington Avenue Apt C.200

ROCHESTER, NY 14613

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: The Arc of Monroe

No. Employees, Members: 201 - 500 Employees

Phone No.:

Mailing Address: 2060 BRIGHTON HENRIETTA TOWN LINE RD
ROCHESTER, NY 14623, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 12/01/2022

Latest: 01/30/2025

THE PARTICULARS ARE:

I am a qualified individual with a disability, and a queer individual, and I was hired by the Respondent, Arc of Monroe, in or around December 2022. I was constructively discharged from my employment in or around January 2025, for reasons I believe to be discriminatory to my sexual orientation and my disability. In or around January 2025, my transportation superior, Joe, lashed out at me with vulgarities, including "get this fucking dyke", and "this wanna be ass man", while being held back by my other superior, Kathleen. I complained to Joe's superior, Sheila, about the things he said to me. This incident led to my resignation, as this was not the first time I had faced harassment from Joe. Joe often utilized the incorrect pronouns on purpose and often harassed and mocked me because of my reasonable accommodations. In fact, Joe told me I wasn't allowed to use my sick time for my disability-related absences and that I had to use my PTO. I also believe Respondent was paying me less than the other drivers, who were making a starting pay of $20 per hour, whereas I was only making $18.93. Despite asking for an increase, Respondent never followed up. Thus, I believe I was discriminated against because of my sexual orientation and my disability when I was subjected to a hostile work environment consisting of micro aggressive behaviors, being paid less than non-queer and non-disabled employees, and oppressive homophobic comments which led to my constructive discharge, in willful violation of Title VII of the Civil Rights Act of 1964, as amended.